GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com

*Attorneys for Gayle A. Kern, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>WILDCREEK HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, Inc., and GAYLE A. KERN, LTD.<br><br>Defendants.<br>_____/ | Case No.: 2:16-cv-00249-APG-CWH<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. TO FILE ITS RESPONSIVE PLEADING<br><br>[First Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff Bank of America N.A., ("Plaintiff"), by and through its counsel of record, Akerman LLP, and Defendant, Gayle A. Kern, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to file its responsive pleading to Plaintiff's Complaint up to and including March 31, 2016.

Upon receipt of the Summons and Complaint, Kern immediately contacted Plaintiff's counsel from which meaningful settlement discussions have since ensued. Due to these ongoing

settlement discussions, the parties seek an extension so as to provide sufficient time for a response in the event the current settlement negotiations break down.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

| DATED this 18th day of February, 2016. | DATED this 18th day of February, 2016. |
|---|---|
| **KERN & ASSOCIATES, LTD.** | **AKERMAN, LLP** |
| */s/ Karen M. Ayarbe, Esq.* <br> KAREN M. AYARBE, ESQ. <br> Nevada Bar No. 3358 <br> 5421 Kietzke Lane, Ste. 200 <br> Reno, NV 89511 <br> Tel: (775) 324-5930 <br> Fax: (775) 324-6173 <br> *Attorneys for Gayle A. Kern, Ltd.* | */s/ Tenesa S. Scaturro, Esq.* <br> TENESA S. SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> 1160 Town Center Drive, Ste. 330 <br> Las Vegas, NV 89144 <br> Tel: (702) 634-5000 <br> Fax: (702) 380-8572 <br> *Attorney for Plaintiff* |

## **ORDER**

*IT IS SO ORDERED*.

DATED this 19th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Gayle A. Kern, Ltd.*

# CERTIFICATE OF SERVICE

    *I HEREBY CERTIFY* that on this 18th day of February, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing *Stipulation and Order to Extend Deadline for Gayle A. Kern, Ltd. to File Responsive Pleading* to the following parties:

Tenesa S. Scaturro, Esq.
Ariel E. Stern, Esq.
AKERMAN, LLP
1160 Town Center Drive, Ste. 330
Las Vegas, Nevada 89144

*Attorney for Plaintiff*

                                                                        */s/ Christine A. Lamia*
                                                                         An Employee of Kern & Associates, Ltd.